FILED
 2013 Apr-09  AM 10:23
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| RISMED ONCOLOGY SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. CV-13-S-310-NE |
| ) | |
| DANIEL ESGARDO RANGEL BARON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This action is before the court upon plaintiff's motion to dismiss with prejudice because the parties have reached a settlement.[1]  Prior to filing the motion, plaintiff served a copy of the complaint and summons on the domestic parties: *i.e.*, defendants Rismed Dialysis Systems, Corp. (Alabama) and Rismed Dialysis Systems, Corp. (Florida).[2]  Plaintiff did not effect service on the foreign parties: *i.e.*, defendants Rismed Dialysis Systems, Corp. (Venezuela), Daniel Esgardo Rangel Baron, and Isabel Rangel Baron.[3]  The domestic parties consent to the dismissal, and the foreign parties have not stated a position on the issue.[4]

Accordingly, all claims in this action are DISMISSED WITH PREJUDICE.

---

[1] Doc. no. 5 (Motion to Dismiss with Prejudice), at 1.

[2] *Id.*

[3] *Id.*

[4] *Id.*

Costs are taxed as paid.  The clerk is directed to close this file.

DONE and ORDERED this 9th day of April, 2013.

_____
United States District Judge