FILED
2015 Aug-18 AM 08:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 17, 2015

Sharon Harris
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 14-15567-EE
Case Style: Rismed Oncology Systems, Inc. v. Daniel Baron, et al
District Court Docket No: 5:13-cv-00310-CLS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 14-15567

_____

District Court Docket No.
5:13-cv-00310-CLS

RISMED ONCOLOGY SYSTEMS, INC.,

                              Plaintiff - Appellant,

versus

DANIEL ESGARDO RANGEL BARON,
ISABEL RANGEL BARON,
RISMED DIALYSIS SYSTEMS, CORP. (ALABAMA),
RISMED DIALYSIS SYSTEMS, CORP. (FLORIDA),
RISMED DIALYSIS SYSTEMS, C.A. VENEZUELA,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 17, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 08/17/2015**